Date signed February 09, 2007



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MARY L. DIXON | : | Case No. 06-10988PM |
| | : | Chapter 13 |
| Debtor | : | |

## MEMORANDUM OF DECISION

On February 6, 2007, this court heard the Debtor's Motion to Dismiss this bankruptcy case under Chapter 13 and the Trustee's objection to compensation of $3,750.00 sought by Debtor's counsel. An Order dismissing this case was entered on February 7, 2007. The court retains jurisdiction over issues relating to the reasonableness of compensation pursuant to 11 U.S.C. § 329(a).

Counsel's Rule 2016(b) Disclosure of Compensation is a classic statement of overreaching, notably with respect to the excluded services not covered in the basic fee. Added to the mixture the failure of counsel to communicate with his client. At the hearing, Kasey L. Edwards, a member of counsel's law firm, appeared and stated that while Mr. Gilman did not respond to the Debtor's calls that other members of his firm were ready, willing and able to do so. The fact remains that the Rule 2016(b) Statement reflects that Richard L. Gilman is Debtor's attorney. If Mr. Gilman intended to deal this case off to other attorneys, that fact should have been disclosed at the beginning of the representation.

Commenting on the Disclosure of Compensation, the court notes that this document is a model of obfuscation. The schedule of fees for excluded services represents outrageous charges, and portions of this paragraph are nonsensical. In summary, the court finds that the reasonable

value of the services rendered by Mr. Gilman and his associates in bringing this case to confirmation and in responding to the Motion for Relief from Stay is $3,250.00, of which $1,000.00 was received prior to the filing of the case.

      An appropriate order will be entered.

cc:
Timothy P. Branigan, Esquire, P.O. Box 1902, Laurel MD 20725-1902
United States Trustee, 6305 Ivy Lane, #600, Greenbelt  MD  20770
Richard L. Gilman, Esq., 8201 Corporate Drive, Suite 1140, Landover, MD 20785
Mary L. Dixon, 5324 Stoney Meadow Drive, Forestville, MD 20747

**End of Memorandum**